**RUSSELL L. LOW, ESQ.  RLL-4745**
**LOW & LOW, ESQS.**
505 Main Street  -  Suite 304
Hackensack, New Jersey   07601
(201) 343-4040
**Attorneys for Debtor**

Order Filed on November 14, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | | |
|---|---|---|
| In Re: | : | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| Agnes O. Hill | : | CHAPTER 13 |
| | : | CASE NO. 19-29168 |
| | : | HONORABLE  VINCENT F. PAPALIA |
| Debtor | : | Hearing Date: November 7, 2019 at 10:00 am |

## ORDER EXTENDING

☐    CASE        ✓    AUTOMATIC STAY

The relief set forth on the following page is hereby ORDERED.

**DATED: November 14, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

This matter having been presented to the Court by Russell L. Low, Esq. and, for good cause it is

**ORDERED**  that:

the Automatic Stay is extended effective the date of this Order.