Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−29168−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Agnes O Hill
   aka Odell A Hill
   1219 Roselle Street
   Linden, NJ 07036

Social Security No.:
   xxx−xx−5867

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 9/17/20 at 10:00 AM

to consider and act upon the following:

*38* − Certification of Default of Standing Trustee. re: Failure to File an Amended Chapter 13 Plan Report. Filed by Marie−Ann Greenberg. Objection deadline is 8/14/2020. (Attachments: # 1 FAILED TO FILE MODIFIED PLAN − ORDER) (Greenberg, Marie−Ann)

*43* − Certification in Opposition to (related document:38 Certification of Default of Standing Trustee. re: Failure to File an Amended Chapter 13 Plan Report. Filed by Marie−Ann Greenberg. Objection deadline is 8/14/2020. (Attachments: # 1 FAILED TO FILE MODIFIED PLAN − ORDER) filed by Trustee Marie−Ann Greenberg) filed by Russell L. Low on behalf of Agnes O Hill. (Low, Russell)


Dated: 8/17/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court