RUSSELL LOW, ESQ. RLL-4745
LOW & LOW, LLC.
Attorneys at Law
505 Main Street
Hackensack, NJ 07601
(201) 343-4040
Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Agnes O. Hill | : | CASE NO. 19-29168 |
| Debtor | : | HONORABLE VINCENT F. PAPALIA |

**ATTORNEY'S RESPONSE TO CREDITOR'S CERTIFICATION OF DEFAULT**

I, Russell L. Low, hereby certify the following:

1. I represent the debtor, Agnes O. Hill in this bankruptcy proceeding.

2. A Notice of Creditor's Certification of Default was entered on September 3, 2020.

3. The debtor has not responded back in order for an opposition to have been filed.

4. Therefore I am asking for all parties involved to allow more time for my staff to reach the debtor and address the arrears.

Date:  September 17, 2020                             /s/Russell L. Low
                                                      **RUSSELL L. LOW, ESQ.**
                                                      Attorney for Debtor