**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

   AGNES O HILL

Order Filed on September 18, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Case No.:  19-29168 VFP**

**Hearing Date:  9/17/2020**

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

   The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: September 18, 2020**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor(s):  AGNES O HILL

Case No.:  19-29168

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

   THIS MATTER having come before the Court on 09/17/2020 on notice to RUSSELL L LOW ESQ,

and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file modified plan by 10/1/2020 or the case will be dismissed; and it is

   further

- ORDERED, that if the Court's Docket does not reflect that a Modified Plan has been filed by the above

   referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney;

   and it is further

- ORDERED, that the Debtor(s) must file an amended Schedule I and J by 10/1/2020 or the case will be

   dismissed; and it is further

- ORDERED, that if the Court's Docket does not reflect that Amended Schedules have been filed by the

   above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's

   Attorney; and it is further

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment,

   then the case will be dismissed upon certification of the Standing Trustee.