Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−29168−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Agnes O Hill
  aka Odell A Hill
  1219 Roselle Street
  Linden, NJ 07036

Social Security No.:
  xxx−xx−5867

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/23/20.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 23, 2020
JAN: mcp

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                               Case No. 19-29168-VFP
Agnes O Hill                                                                         Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-2                        User: admin                              Page 1 of 2
Date Rcvd: Nov 23, 2020                     Form ID: 148                             Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#          Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2020:**

| Recip ID   |     | Recipient Name and Address |
|------------|-----|----------------------------|
| db         | +   | Agnes O Hill, 1219 Roselle Street, Linden, NJ 07036-2528 |
| 518503605  | +   | Camellia Hill, 1219 Roselle Street, Linden, NJ 07036-2528 |
| 518503606  | #+  | KML Law Group P.C., 216 Hadden Ave, Ste 406, Collingswood, NJ 08108-2812 |
| 518625941  | +   | MidFirst Bank, 999 Northwest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 518503607  | +   | Midland Mortgage, PO Box 268888, Oklahoma City, OK 73126-8888 |
| 518503609  | +   | PRESTIGE FINANCIAL SVC, ATTN: BANKRUPTCY, 351 W OPPORTUNITY WAY, DRAPER, UT 84020-1399 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID  |    | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|-----------|----|----------------------------|-----------|----------------------------|
| smg       |    | Email/Text: usanj.njbankr@usdoj.gov | Nov 23 2020 21:26:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg       | +  | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 23 2020 21:26:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518503603 | +  | Email/Text: ebnnotifications@creditacceptance.com | Nov 23 2020 21:25:00 | CREDIT ACCEPTANCE, 25505 WEST 12 MILE RD, SUITE 3000, SOUTHFIELD, MI 48034-8331 |
| 518503604 | +  | Email/PDF: creditonebknotifications@resurgent.com | Nov 23 2020 22:05:28 | CREDIT ONE BANK, ATTN: BANKRUPTCY DEPARTMENT, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 518545550 | +  | EDI: CBS7AVE | Nov 24 2020 02:13:00 | Home at Five, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518617228 |    | Email/PDF: resurgentbknotifications@resurgent.com | Nov 23 2020 22:06:09 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518503608 | +  | EDI: CBS7AVE | Nov 24 2020 02:13:00 | MIDNIGHT VELVET/SWISS COLONY, 1112 7TH AVE, MONROE, WI 53566-1364 |
| 518545568 | +  | EDI: CBS7AVE | Nov 24 2020 02:13:00 | Midnight Velvet, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518629591 | +  | Email/Text: bankruptcy@gopfs.com | Nov 23 2020 21:27:00 | Prestige Financial Services, PO Box 26707, Salt Lake City, UT 84126-0707 |
| 518503610 | +  | EDI: CBS7AVE | Nov 24 2020 02:13:00 | SEVENTH AVENUE, ATTN: BANKRUPTCY DEPT, 1112 7TH AVE, MONROE, WI 53566-1364 |
| 518552976 | +  | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Nov 23 2020 22:06:38 | U.S. Department of HUD, 451 7th Street S.W., Washington, DC 20410-0001 |
| 518610159 | +  | EDI: AIS.COM | Nov 24 2020 02:13:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 25, 2020    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2020 at the address(es) listed below:

**Name** **Email Address**

Denise E. Carlon
on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Marie-Ann Greenberg
magecf@magtrustee.com

Rebecca Ann Solarz
on behalf of Creditor MIDFIRST BANK rsolarz@kmllawgroup.com

Russell L. Low
on behalf of Debtor Agnes O Hill ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5